**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Jubilee Hilltop Ranch, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-2413300** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **901 Beech St.**<br>**Roaring Spring, PA 16673**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Blair**<br>County | **Location of principal assets, if different from principal place of business**<br>**676 Hominy Hill Road Osterburg, PA 16673**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.jubileehilltopranch.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Jubilee Hilltop Ranch, LLC**_____   Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __1121__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. **Check all** that apply:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor  **Jubilee Hilltop Ranch, LLC** _____   Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**  Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  Check one:

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Jubilee Hilltop Ranch, LLC**     Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**
MM / DD / YYYY

**X**   **/s/ Neal Salyards**       **Neal Salyards**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ KEVIN PETAK**      Date   **June 25, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**KEVIN PETAK 92154**
Printed name

**Spence Custer**
Firm name

**1067 Menoher Boulevard**
**Johnstown, PA 15905**
Number, Street, City, State & ZIP Code

Contact phone   **(814) 536-0735**     Email address   **kpetak@spencecuster.com**

**92154 PA**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

Fill in this information to identify the case:

Debtor name: **Jubilee Hilltop Ranch, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AIB International Certification Services<br>1213 Bakers Way<br>PO Box 3999<br>Manhattan, KS 66502 | | Certification Services | | | | $5,610.20 |
| Beegle's Livestock<br>146 Avonlea Rd.<br>Everett, PA 15537 | | Livestock purchases | | | | $126,275.00 |
| Bobby Weyandt<br>545 Racers Road<br>Claysburg, PA 16625 | | Livestock | | | | $43,777.34 |
| Elan Financial Services<br>PO Box 790408<br>Saint Louis, MO 63179 | | MidPenn Bank branded credit card used for miscellaneous operating expenses. | | | | $18,734.92 |
| Encova Insurance<br>400 Quarrier St.<br>Charleston, WV 25301 | | Insurance premium | | | | $14,947.00 |
| Fox & James, Inc.<br>3690 Route 30<br>Latrobe, PA 15650 | | Rental Agreement | | | | $13,040.02 |
| Goodville Mutual Casualty Company<br>625 W. Main St.<br>PO Box 489<br>New Holland, PA 17557 | | Insurance Policy | | | | $19,730.00 |

Debtor **Jubilee Hilltop Ranch, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Goodville Mutual Casualty Company 625 West Main St. PO Box 489 New Holland, PA 17557 | | Insurance Policy | | | | $5,020.00 |
| Headway Capital, LLC 4700 W. Daybreak Pkwy., Suite 200 South Jordan, UT 84009 | | Unsecured loan | | | | $96,984.05 |
| Imler's Poultry PO Box 836 Duncansville, PA 16635 | | Food product | | | | $89,855.97 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Income Tax Liability | | | | $23,648.00 |
| James & Kristina Brubaker 293 Bowser Rd. New Paris, PA 15554 | | Trade debt | | | | $4,860.00 |
| Kingdom Livestock Transport, LLC 233 Gunhart Rd. Mohnton, PA 19540 | | Trade debt | | | | $101,004.75 |
| McAneny Brothers, Inc. 470 Industrial Park Rd. Ebensburg, PA 15931 | | Trade debt | | | | $54,508.65 |
| PEAC Solutions 300 Fellowship Road Mount Laurel, NJ 08054-1201 | | Business loan | | | | $14,574.23 |
| Prime Foods, Inc. 5213 Monroe Place Hyattsville, MD 20781 | | Trade debt | | | | $18,106.14 |
| UltraSource 1414 West 29th St. Kansas City, MO 64108 | | Trade debt | | | | $6,716.17 |
| UniFirst 335 Industrial Park Rd. Ebensburg, PA 15931 | | Uniform Services | | | | $5,254.83 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Jubilee Hilltop Ranch, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebBank** c/o Bill.com Capital 3 LLC Attn: General Counsel 6220 America Center Drive, Suite 100 Alviso, CA 95002 | | **Unsecured Line of Credit** | | | | $11,900.00 |
| **Wolverine Packing Co.** 2535 Rivard Detroit, MI 48207 | | **Trade Debt   -  Food product** | | | | $152,451.72 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

```
AIB International Certification Services
1213 Bakers Way
PO Box 3999
Manhattan, KS 66502


Andrea Bauman
c/o Andrew S. Abramson, Esquire
790 Penllyn Blue Bell Pike Suite 205
Blue Bell, PA 19422


Bedford Farm Bureau Co-op
102 Industrial Ave.
Bedford, PA 15522


Bedford REC
8846 Lincoln Hwy.
Bedford, PA 15522


Beegle's Livestock
146 Avonlea Rd.
Everett, PA 15537


Bobby Weyandt
545 Racers Road
Claysburg, PA 16625


Bright Speed
PO Box 6102
Carol Stream, IL 60197


C T Corporation System
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Casey Brothers, Inc.
3414 Cortland Rd.
New Paris, PA 15554


Central PA Produce Co-op Inc.
7067 Kettle Rd.
Tyrone, PA 16686


CIT Group
PO Box 979287
Miami, FL 33197


Containers, Inc.
PO Box 5036
Jersey Shore, PA 17740


Darling Ingredients
151 Randall Stuewe Dr.
Winchester, VA 22603
```

Dry Ridge Johns
127 Destiny Lane
Manns Choice, PA 15550


Elan Financial Services
PO Box 790408
Saint Louis, MO 63179


Encova Insurance
400 Quarrier St.
Charleston, WV 25301


First Citizens Bank
PO Box 202137
Florence, SC 29502


Fox & James, Inc.
3690 Route 30
Latrobe, PA 15650


FreightFlex
2437 Ft. Worth Dr.
Denton, TX 76205


Goodville Mutual Casualty Company
625 West Main St.
PO Box 489
New Holland, PA 17557


Goodville Mutual Casualty Company
625 W. Main St.
PO Box 489
New Holland, PA 17557


Harbaugh Excavating, LLC
238 Hammond Hill Road
Fishertown, PA 15539


Headway Capital, LLC
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009


Hostetler
733 Texas Corner Road
New Enterprise, PA 16664


Imler's Poultry
PO Box 836
Duncansville, PA 16635


Inter-Tech
802 E. Fairmont St.
Allentown, PA 18109

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James & Kristina Brubaker
293 Bowser Rd.
New Paris, PA 15554


John Deere Financial
6400 NW 86th St.
PO Box 6600
Johnston, IA 50131


John Deere Financial
PO Box 6600
Johnston, IA 50131


Kingdom Livestock Transport, LLC
233 Gunhart Rd.
Mohnton, PA 19540


Laurel Hill Trout Farm, Inc.
PO Box 399
Champion, PA 15622


Long's Outpost
1654 Dunnings Creek Rd.
New Paris, PA 15554


Marlin Financial & Leasing Corp.
300 Fellowship Rd.
Mount Laurel, NJ 08054


Martin Oil Company
528 North First St.
Bellwood, PA 16617


McAneny Brothers, Inc.
470 Industrial Park Rd.
Ebensburg, PA 15931


Mears & Adams
800 N. Logan Blvd.
Altoona, PA 16602


Michael J. Adams, Esq.
Mears & Adams
300 N. Logan Blvd.
Altoona, PA 16602


Mid Penn Bank
2407 Park Dr.
Harrisburg, PA 17110
```

Neal and Cheryl Salyards
901 Beech St.
Roaring Spring, PA 16673


Ondeck Capital
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009


Orchard Lane Excavating, Inc.
656 Excavating Drive
Roaring Spring, PA 16673


Pace Analytical Services
PO Box 684056
Chicago, IL 60695


PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054-1201


Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA 17121-0946


Pennsylvania Dept. of Labor & Industry
Bureau of Labor Law Compliance
301 Fifth Avenue, Suite 330
Pittsburgh, PA 15222


Prime Foods, Inc.
5213 Monroe Place
Hyattsville, MD 20781


Regions Bank dba Ascentium Capital
PO Box 202122
Florence, SC 29502


RK Environmental Services, LLC
768 Carver Ave.
Westwood, NJ 07675


Sheetz, Inc.
5700 Sixth Avenue
Altoona, PA 16602


Spring Cove Container
215 Apple Packer Rd.
Martinsburg, PA 16662


The Pennsylvania State University
Office of General Counsel
227 West Beaver Ave., Suite 507
State College, PA 16801

```
U.S. Dept. of Agriculture
PO Box 979001
Saint Louis, MO 63197


ULINE
PO Box 88741
Chicago, IL 60680


UltraSource
1414 West 29th St.
Kansas City, MO 64108


UniFirst
335 Industrial Park Rd.
Ebensburg, PA 15931


Weaver's Sanitation Svc., Inc.
PO Box 4
Breezewood, PA 15533


WebBank
Attn: General Counsel
c/o Bill.com Capital 3 LLC
6220 America Center Drive, Suite 100
Alviso, CA 95002


Wolverine Packing Co.
2535 Rivard
Detroit, MI 48207
```

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Jubilee Hilltop Ranch, LLC**  
                            Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Jubilee Hilltop Ranch, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**June 25, 2025**  
Date

**/s/ KEVIN PETAK**  
**KEVIN PETAK 92154**  
Signature of Attorney or Litigant  
Counsel for  Jubilee Hilltop Ranch, LLC  
**Spence Custer**  
**1067 Menoher Boulevard**  
**Johnstown, PA 15905**  
**(814) 536-0735  Fax:(814) 539-1423**  
**kpetak@spencecuster.com**